UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                    No. 19-30588

      Plaintiff,

vs.                                    Magistrate Judge R. Steven Whalen

LICIA HARPER,

      Defendant.
_____/

**ORDER FINDING DEFENDANT COMPETENT**

On June 8, 2021, the parties appeared for a scheduled competency hearing, following the Defendant's previously ordered mental evaluation under 18 U.S.C. § 4241 and the receipt of a written evaluation by Dr. Jeffrey Wendt, Ph.D.

Having reviewed Dr. Wendt's report, subsequent information from Ms. Harper's attorney and Pretrial Services, and the in-court responses of Ms. Harper herself, I find that she understands the nature and consequences of the proceedings against her, and is capable of assisting her attorney properly in her defense. Therefore, for the reasons set forth on the record on June 8, 2021,

Defendant Licia Harper is adjudged COMPETENT TO STAND TRIAL.

This finding shall not prejudice the Defendant in raising the issue of his insanity as a defense to the offense charged, and shall not be admissible as evidence in a trial for the offense charged. *See* 18 U.S.C. § 4241(f).

-1-

Preliminary examination is scheduled for July 6, 2021 at 1:00 p.m.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 8, 2021, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Hon. R. Steven Whalen